UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PREBLE-RISH HAITI, S.A.

                Plaintiff,                21-cv-6704 (PKC)

    -against-                        ORDER

REPUBLIC OF HAITI and BUREAU DE
MONÉTISATION DE PROGRAMMES D'AIDE
AU DÉVELOPPMENT,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The motion to vacate the attachment in 21-cv-4960 will be decided before the motion to confirm the arbitration award. Non-party BRH will not be deemed to have waived intervention on the motion to confirm provided it reasserts its position within 14 days of a decision on the motion to vacate the attachment.

        SO ORDERED.

*P. Kevin Castel*
United States District Judge

Dated: New York, New York
       August 17, 2021