USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/26/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PREBLE-RISH HAITI, S.A.,

                     Petitioner,

-against-

REPUBLIC OF HAITI, BUREAU DE
MONETISATION DE PROGRAMMES
D'AIDE AU DEVELOPPEMENT,
                     Respondents.
-----------------------------------------------------------X

21 CIVIL 6704 (PKC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 26, 2022, the Court has considered all the arguments of the parties, whether or not they are expressly referenced. The petition to recognize, confirm, and enforce the Partial Final Award of August 6, 2021 is granted as against BMPAD. Final judgment is entered for PRH as against BMPAD; accordingly, the case is closed.

**Dated**: New York, New York
        January 26, 2022

                                                         **RUBY J. KRAJICK**
                                                          Clerk of Court
                      **BY:**

                                                          **Deputy Clerk**