**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
PREBLE-RISH HAITI, S.A.,

                Petitioner,                    21 **CIVIL** 6704 (PKC)

      -against-                                **AMENDED JUDGMENT**

REPUBLIC OF HAITI, BUREAU DE
MONETISATION DE PROGRAMMES
D'AIDE AU DEVELOPPEMENT,
                Respondents.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 1, 2022, and for the reasons stated in the Court's Opinion and Order dated January 26, 2022, the petition to recognize, confirm, and enforce the Partial Final Award of August 6, 2021 is granted as against respondents the Republic of Haiti and the Bureau de Monétisation des Programmes d'Aide au Développement (collectively, 'BMPAD'). Final judgment is entered for PRH as against BMPAD. Accordingly, the case is closed." PRH's application to immediately register the judgment in the Southern District of Texas (Doc 51) is GRANTED for good cause shown under 28 U.S.C. § 1963.

**Dated**: New York, New York
        February 3, 2022

                                                    **RUBY J. KRAJICK**

                                                 _____
                                                    **Clerk of Court**
                          **BY:**      K. Mango
                                                    _____
                                                    **Deputy Clerk**