**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PREBLE-RISH HAITI, S.A.,<br><br>*Petitioner,*<br><br>-against-<br><br>REPUBLIC OF HAITI, BUREAU DE MONÉTISATION DES PROGRAMMES D'AIDE AU DÉVELOPPEMENT,<br><br>*Respondents.* | 21-cv-6704 (PKC)<br><br>**ORDER TO SHOW CAUSE** |

**UPON** the accompanying supporting Declaration of Elizabeth Wolstein, dated February 22, 2022, with annexed exhibits; the Declaration of Michel Patrick Boisvert, dated February 21, 2022, with annexed exhibits; and the Memorandum of Law of the Republic of Haiti (the "Republic"), dated February 22, 2022, all submitted herewith, and all papers, pleadings, and proceedings in this action,

**LET** Petitioner Preble-Rish Haiti, S.A. ("Preble-Rish") and Respondent Bureau de Monétisation des Programmes d'Aide au Développement ("BMPAD") show cause before this Court, in writing by _____, 2022, why an order should not be issued granting the Republic's motion for relief from the Judgment and Amended Judgment (together, the "Judgments") pursuant to Rules 60(b)(4) and 60(b)(1) of the Federal Rules of Civil Procedure, or, in the alternative, to alter or amend the Judgments pursuant to Rule 59(e) to remove the Republic as a judgment debtor, together with such other and further relief as the Court deems just and proper; and

**IT IS FURTHER ORDERED,** that service of a copy of this Order, together with the papers upon which it is based, by electronic (email) service upon counsel for Petitioner, Blank Rome LLP (attn: William R. Bennett III, wbennett@blankrome.com; Lauren B. Wilgus, lwilgus@blankrome.com; and Rick B. Antonoff, rantonoff@blankrome.com), and upon counsel for Respondent BMPAD, Harris Bricken Sliwoski LLP (attn: John B. McDonald, john.mcdonald@harrisbricken.com) on or before February \_\_\_\_, 2022, shall be deemed good and sufficient service; and

**IT IS FURTHER ORDERED**, that reply papers, if any, are to be filed electronically on CM/ECF on or before March \_\_\_\_, 2022.

SO ORDERED.

_____
HON. P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

Dated: _____, 2022