UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PREBLE-RISH HAITI, S.A.,

                        Plaintiff,

       -against-

REPUBLIC OF HAITI, BUREAU DE
MONÉTISATION DES PROGRAMMES D'AIDE
AU DÉVELOPPEMENT,

                        Defendants.

21-cv-4960 (PKC)

ORDER

-----------------------------------------------------------x
PREBLE-RISH HAITI, S.A.,

                        Petitioner,

       -against-

REPUBLIC OF HAITI, BUREAU DE
MONÉTISATION DES PROGRAMMES D'AIDE
AU DÉVELOPPEMENT,

                        Respondents.

21-cv-6704 (PKC)

ORDER

-----------------------------------------------------------x
PREBLE-RISH HAITI, S.A.,

                        Plaintiff,

       -against-

REPUBLIC OF HAITI, BUREAU DE
MONÉTISATION DES PROGRAMMES D'AIDE
AU DÉVELOPPEMENT,

                        Defendants.

21-cv-9040 (PKC)

ORDER

-----------------------------------------------------------x

CASTEL, U.S.D.J.:

On January 27, 2022, plaintiff Preble-Rish Haiti, S.A. ("PRH") filed identical letter motions in these three related cases, requesting an order allowing PRH to immediately register the Judgment entered in <u>Preble-Rish Haiti, S.A. v. Bureau de Monétisation des Programmes d'Aide au Développement</u>, 21-cv-6704 (PKC) (S.D.N.Y.) (the "6704 Case") (<u>Id.</u> (Doc 51).)  On February 1, 2022, the Court granted PRH's application in the 6704 Case.  (<u>Id.</u> (Doc 53).)  The letter motions concurrently filed in the two related cases, however, remain unresolved on their respective dockets.

In light of the Court's February 1, 2022 Order and the Republic of Haiti's pending motion for relief from the Judgment and Amended Judgment (<u>id.</u> (Doc 63)) in the 6704 Case, PRH's identical applications remaining in the two related cases are GRANTED without prejudice to the parties' rights as to the Republic of Haiti's pending motion for relief in the 6704 Case.

The Clerk of the Court is respectfully directed to terminate the instant motions: <u>Preble-Rish Haiti, S.A. v. Bureau de Monétisation des Programmes d'Aide au Développement</u>, 21-cv-4960 (PKC) (S.D.N.Y.) (Doc 115) and <u>Preble-Rish Haiti, S.A. v. Bureau de Monétisation des Programmes d'Aide au Développement</u>, 21-cv-9040 (PKC) (S.D.N.Y.) (Doc 50).

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
        March 30, 2022