UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PREBLE-RISH HAITI, S.A.,

                            Petitioner,                      21-cv-6704 (PKC)

    -against-

                                                     ORDER

REPUBLIC OF HAITI, BUREAU DE
MONÉTISATION DES PROGRAMMES D'AIDE
AU DÉVELOPPEMENT,

                            Respondents.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

        In light of the Opinion and Order of July 27, 2022 issued in <u>Preble-Rish Haiti, S.A. v. Bureau de Monétisation des Programmes d'Aide au Développement</u>, 21-cv-9040 (PKC) (S.D.N.Y.), Preble-Rish Haiti, S.A.'s motion for an Order to Show Cause (Doc 97) is DENIED as moot.

        SO ORDERED.

                                                          P. Kevin Castel
                                             United States District Judge

Dated:  New York, New York
          July 27, 2022